UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL G. STRICKER,<br><br>    Plaintiff,<br><br>    v.<br><br>MOUNTAIN VIEW CREDIT UNION, HORIZON CREDIT UNION, and WILLIAM ROBINSON,<br><br>    Defendants. | NO. CV-04-225-RHW<br><br>**ORDER DISMISSING COMPLAINT** |

On August 1, 2005, the parties filed a joint Stipulation for Dismissal with Prejudice (Ct. Rec. 41).  Accordingly, **IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED**, with prejudice and with each party bearing its own costs.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order, furnish copies to counsel, and to **close the file**.

**DATED** this 13th day of December, 2005.

                              s/ ROBERT H. WHALEY
                              Chief United States District Judge

Q:\CIVIL\2004\Stricker\ord.stip.dismiss.wpd

**ORDER DISMISSING COMPLAINT** * 1